IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| TYLER JOHNSON, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: 1:18-CV-03276-DKC |
| HELION TECHNOLOGIES, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**JOINT MOTION FOR APPROVAL OF ACCEPTANCE**
**OF OFFER OF JUDGMENT AND ENTRY OF JUDGMENT**

Plaintiff, Matthew Willis, and Defendant, Helion Technologies ("Helion"), through their undersigned counsel, hereby jointly request that the Court approve Mr. Willis' Acceptance of Helion's Offer of Judgment, and that judgment be entered in favor of Mr. Willis for $2,850.00 in wages, $2,850.00 in liquidated damages, and $6,112.00 in attorneys' fees and costs.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| | |
| /s/ Benjamin L. Davis | /s/ Paul F. Evelius |
| Benjamin L. Davis, III | Paul F. Evelius (Federal Bar No: 05754) |
| Kelly A. Burgy | Wright, Constable & Skeen, LLP |
| The Law Offices of Peter Nicholl | 7 Saint Paul Street, 18th Floor |
| 36 South Charles Street, Suite 1700 | Baltimore, Maryland 21202 |
| Baltimore, Maryland 21201 | (410) 659-1302 |
| (410) 244-7005 | (410) 659-1350 (Fax) |
| *Attorneys for Plaintiffs* | *Attorney for Defendant* |